*C. W. Wimberly Jr.,* for plaintiff in error.

*M. E. O'Neal, solicitor,* contra.

---

### 8577. DAVIS *v.* THE STATE.

LUKE, J. The evidence fully authorized the conviction, and no error of law was committed in the trial.

        *Judgment affirmed. Wade, C. J., and George, J., concur.*

        DECIDED APRIL 21, 1917.

Accusation of misdemeanor; from city court of Greenville—
Judge Revill. March 2, 1917.

*N. F. Culpepper,* for plaintiff in error.

*J. F. Hatchett, solicitor,* contra.